United States District Court

Eastern District of California

Teiquon Lewis,

    Petitioner,                           No. Civ. S 05-1136 GEB PAN P

  vs.                                          Order

Evans, Warden,

    Respondent.

-oOo-

September 13, 2005, respondent requested an extension of time to file and serve a response to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: September 22, 2005.

                                   /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge