United States District Court

Eastern District of California

Teiquon Lewis,

      Petitioner,                    No. Civ. S 05-1136 GEB PAN P

  vs.                             Order

Evans, Warden,

      Respondent.

-oOo-

    November 14, 2005, respondent requested an extension of time to file and serve a response to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: November 22, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge