United States District Court

Eastern District of California

Teiquon Lewis,

    Petitioner,

vs.

Evans, Warden,

    Respondent.

No. Civ. S 05-1136 GEB PAN P

Order

-oOo-

December 12, 2005, respondent requested an extension of time to file and serve an answer. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: December 20, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge