IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEIQUON LEWIS,

    Petitioner,                      No. CIV S-05-1136 GEB PAN P

    vs.

EVANS, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 21, 2006, motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: March 8, 2006.

                                              /s/ John F. Moulds
                                        UNITED STATES MAGISTRATE JUDGE

/mp
/004
lewi1136.111