IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEIQUON LEWIS,

      Petitioner,                    No. CIV S-05-1136 GEB EFB P

      vs.

EVANS, Warden,

      Respondent.              <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding *in propria persona* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this case on May 27, 2011, and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit.

      On July 5, 2011, petitioner filed a request for the appointment of counsel on appeal. Petitioner is advised that his request for counsel should be filed in the United States Court of Appeals for the Ninth Circuit and not in this court. Accordingly, the request will be denied without prejudice to its renewal in the Court of Appeals.

      Also on July 5, 2011, petitioner filed a "motion for discovery/production of documents," in which he requests that the Clerk of Court send him a copy of the petition in this matter.

////

1

1  Petitioner explains that his legal materials were lost or "misplaced" when he was transferred
2  between prisons and that he needs the petition in order to proceed with his appeal and his request
3  to proceed in forma pauperis on appeal.  Good cause appearing, that request will be granted.
4      Accordingly, IT IS ORDERED that:
5      1.  Petitioner's July 5, 2011 request for the appointment of counsel (Dckt. No. 50) is
6  denied without prejudice to its renewal in the U.S. Court of Appeals for the Ninth Circuit;
7      2.  Petitioner's July 5, 2011 motion for the production of documents (Dckt. No. 51) is
8  granted; and
9      3.  The Clerk of Court is directed to send a copy of Docket Nos. 4 and 8 to petitioner at
10 his address of record.
11 DATED: July 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2